MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  SHARON FRASE (SF-4906)
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212) 637-2329

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
          - v -                     :          ORDER TO SHOW CAUSE
                                    :
$6,700 in United States currency,   :          07 Civ. 11160 (JGK)
                                    :
          Defendant-in-Rem          :
                                    :
-----------------------------------x

Upon the motion of plaintiff United States of America
for a default judgment and upon the annexed Declaration of Sharon
Frase, Assistant United States Attorney, together with all
exhibits attached thereto, it is hereby:

ORDERED that Assistant United States Attorney Sharon
Frase and any individuals and entities who wish to oppose
plaintiff's claim for forfeiture and assert an interest in the
defendant-*in-rem* funds appear before the Honorable John G.
Koeltl, United States District Judge, Southern District of New
York, in Courtroom 12B of the United States Courthouse, 500 Pearl
Street, New York, New York, at 4:30 p.m. on the 16 day of
May, 2008, to show cause why a default judgment should
not be entered and the defendant-*in-rem* funds forfeited to the

plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by _May 6_____, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-in-rem by certified mail or Federal Express.

Dated:    New York, New York
          April   , 2008

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

All those with an interest in the sum to be forfeited are ~~THE DEFENDANT IN REM~~ is advised that failure to respond to the order to show cause may be grounds for a default judgment being entered against it, in which event there will be no trial

THE GOVERNMENT SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY _May 14, 2006._

SO ordered

5/2/08    U.S.D.J.

2

**Exhibit 1**

| | |
|---|---|
| Hector Chalas<br><br>████████████████<br><br>Bronx, NY, 10456 | Ismael Canela,<br><br>████████████████<br><br>Bronx, NY 10452 |
| Edward Donlon, Esq.<br><br>67 Wall Street, 22nd Fl.<br><br>New York, NY 10005 | Jesus Martinez Diaz<br><br>████████████████<br><br>Bronx, NY 10455; |
| Scott Schwartz, Esq.<br><br>67 Wall Street, Suite 2211<br><br>New York, NY 10005 | Justo Oviedo Baez<br><br>████████████████<br><br>Bronx, NY 10456 |
| Justo Oviedo Baez<br><br>████████████████<br><br>New York, NY 10031 | |

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,
                                   :
          - v -                             CLERK'S CERTIFICATION
                                   :
$6,700 in United States currency,           07 Civ. 11160 (JGK)
                                   :
          Defendant-in-rem.
                                   :
----------------------------------x

          I, J. Michael McMahon, Clerk of the United States

District Court for the Southern District of New York, hereby

certify that the docket entries in the above-captioned case

indicate that the verified complaint herein was filed on December

11, 2007 and that the proof of publication was filed in the

Clerk's office on April 11, 2008.  I further certify that the

docket entries indicate that no claims have been filed or made in

this action.  I further certify that the time to file a claim

with respect to said complaint has expired.  The default of all

persons is hereby noted.

Dated:    New York, New York
          April 14, 2008                    J. Michael McMahon

                                            _____
                                            J. MICHAEL MCMAHON
                                            Clerk of the Court