MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212) 637-2329

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :      AMENDED
                                    :
            - v -                   :      ORDER TO SHOW CAUSE
                                    :
$6,700 in United States currency,   :      07 Civ. 11160 (JGK)
                                    :
            Defendant-in-Rem        :
                                    :
------------------------------------x

   Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Sharon Frase, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

   ORDERED that Assistant United States Attorney Sharon Frase and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an interest in the defendant-*in-rem* funds appear before the Honorable John G. Koeltl, United States District Judge, Southern District of New York, in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York, at 11:30 A.m. on the 30 day of May, 2008, to show cause why a default judgment should not be entered and the defendant-*in-rem* funds forfeited to the

plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by ___May 19___, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-in-rem by certified mail or Federal Express.

Dated:   New York, New York
~~April~~ , ~~2008~~
May 16, 2008

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

All those with an interest in the sum to be forfeited are advised that failure to respond to this order to show cause may be grounds for a default judgment being entered against it, in which event there will be no trial.

The Government shall file proof of service this order to show cause by May 28, 2008

SO Ordered

5/9/08
U.S.D.J.

**Exhibit 1**

| | |
|---|---|
| Hector Chalas <br><br> ███████████████ <br><br> Bronx, NY, 10456 | Ismael Canela, <br><br> ███████████████ <br><br> Bronx, NY 10452 |
| Edward Donlon, Esq. <br><br> 67 Wall Street, 22nd Fl. <br><br> New York, NY 10005 | Jesus Martinez Diaz <br><br> ███████████████ <br><br> Bronx, NY 10455; |
| Scott Schwartz, Esq. <br><br> 67 Wall Street, Suite 2211 <br><br> New York, NY 10005 | Justo Oviedo Baez <br><br> ███████████████ <br><br> Bronx, NY 10456 |
| Justo Oviedo Baez <br><br> ███████████████ <br><br> New York, NY 10031 | |