MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :   PROOF OF SERVICE

      - v -                         :   07 Civ. 11160 (JGK)

$6,700.00 IN UNITED STATES           :
CURRENCY,
                                    :

      Defendant-in-rem.             :
------------------------------------X

      Abigail Seda deposes and says:

      That she is employed with FSA in the Office of the United States Attorney for the Southern District of New York.

      That on May 19, 2008, she served one copy of the Order to Show Cause and related papers in the manner set forth in the Order docketed on May 20, 2008 (a copy of which is attached hereto as Exhibit A).

      That according to the online records of the United States Postal Service (a copy of which is provided in Exhibit B hereto), the packages addressed to Hector Chalas, Justo Oviedo Baez (at two different locations), Scott Schwartz, Esq, and Edward Donlon, Esq. were delivered.

      That according to the online records of the United States Postal Service (a copy of which is provided in Exhibit C hereto), the packages addressed to Jesus Martinez Diaz and Ismael Canela delivery was attempted on May 20, 2008, and a notice was left at the address.

      I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

_____
ABIGAIL SEDA

Dated: May 28, 2008
      New York, New York

# EXHIBIT A

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Tel. (212) 637-2329

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
UNITED STATES OF AMERICA,         :     AMENDED
                                  :     ORDER TO SHOW CAUSE
           - v -                  :
                                  :     07 Civ. 11160 (JGK)
$6,700 in United States currency, :
                                  :
           Defendant-in-Rem       :
                                  :
----------------------------------x

Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Sharon Frase, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

ORDERED that Assistant United States Attorney Sharon Frase and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an interest in the defendant-in-rem funds appear before the Honorable John G. Koeltl, United States District Judge, Southern District of New York, in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York, at 11 30 A.m. on the 30 day of May, 2008, to show cause why a default judgment should not be entered and the defendant-in-rem funds forfeited to the

plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by _May 19_, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-in-rem by certified mail or Federal Express.

Dated:   New York, New York
         ~~April~~, ~~2008~~
         May 16, 2008

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

All those with an interest in the sum to be forfeited are advised that failure to respond to the order to show cause may be grounds for a default judgment being entered against it, in which event there will be no trial.

The Government shall file proof of service of this order to show cause by May 28, 2008

SO Ordered

5/2/08
U.S.D.J.

2

**Exhibit 1**

| | |
|---|---|
| Hector Chalas <br><br> ████████████ <br><br> Bronx, NY, 10456 | Ismael Canela, <br><br> ████████████ <br><br> Bronx, NY 10452 |
| Edward Donlon, Esq. <br><br> 67 Wall Street, 22nd Fl. <br><br> New York, NY 10005 | Jesus Martinez Diaz <br><br> ████████████ <br><br> Bronx, NY 10455; |
| Scott Schwartz, Esq. <br><br> 67 Wall Street, Suite 2211 <br><br> New York, NY 10005 | Justo Oviedo Baez <br><br> ████████████ <br><br> Bronx, NY 10456 |
| Justo Oviedo Baez <br><br> ████████████ <br><br> New York, NY 10031 | |

# EXHIBIT B



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm　　FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 5048**
Status: **Delivered**

Your item was delivered at 3:11 PM on May 20, 2008 in BRONX, NY 10456.

Additional Details >　　Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　Go >

Site Map　Contact Us　Forms　Gov't Services　Jobs　Privacy Policy　Terms of Use　National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.　No FEAR Act EEO Data　FOIA



 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 2260 0000 4034 4997**
Status: **Delivered**

Your item was delivered at 3:13 PM on May 20, 2008 in BRONX, NY 10456.

**Track & Confirm**
Enter Label/Receipt Number.

[ Additional Details > ]  [ Return to USPS.com Home > ]

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Default Docs
OTSC
Postmark Here

Justo Oviedo Baez
Bronx, NY 10456

PS Form 3800, June 2002    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 4980**
Status: **Delivered**

Your item was delivered at 12:44 PM on May 27, 2008 in NEW YORK, NY 10007.

**Additional Details >**   **Return to USPS.com Home >**

### Track & Confirm
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total

Default Docs OTSC

Postmark Here

7003 2260 0000 4034 4980

Sent: Justo Oviedo Baez
Street or PO:
City: New York, NY 10031

PS Form 3800, June 2002   See Reverse for Instructions



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 5000**
Status: **Delivered**

Your item was delivered at 9:38 AM on May 22, 2008 in NEW YORK, NY 10005.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 2260 0000 4034 5000

Sent: Scott Schwartz, Esq.
City: New York, NY 10005

Handwritten: Default docs OTSC



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 2260 0000 4034 5024**
Status: **Delivered**

Your item was delivered at 9:38 AM on May 22, 2008 in NEW YORK, NY 10005.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# EXHIBIT C



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 5017**
Status: **Notice Left**

We attempted to deliver your item at 12:11 PM on May 20, 2008 in BRONX, NY 10455 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

[ Additional Details > ]  [ Return to USPS.com Home > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

*Default docs to SC*
Postmark Here

Sent To: Jesus Martinez Diaz
Street, Apt or PO Box:
City, State: Bronx, NY 10455

7003 2260 0000 4034 5017

PS Form 3800, June 2002   See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 2260 0000 4034 5031**
Status: **Notice Left**

We attempted to deliver your item at 2:57 PM on May 20, 2008 in BRONX, NY 10452 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

UNITED STATES OF AMERICA,

      Plaintiff,

    - v -

$6,700 in United States Currency

              Defendant-in-rem.

===============================================================

## PROOF OF SERVICE
## 07 Civ. 11160 (JGK)

===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2329

                              SHARON FRASE
                              **Assistant United States Attorney**
                               **-Of Counsel-**